**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Blue Pig Media, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-4785776** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **56 Deerfield Trail** <br> **Branchburg, NJ 08876** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Somerset** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.blue-pig-media.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | **Blue Pig Media, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5418__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **Blue Pig Media, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | | | Relationship | |
| District | | When | Case number, if known | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

**█ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☑ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **Blue Pig Media, LLC** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

☐ $50,001 - $100,000         ☐ $10,000,001 - $50  million         ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Blue Pig Media, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 28, 2023__
MM / DD / YYYY

**X /s/ Karen Curtis**
Signature of authorized representative of debtor

**Karen Curtis**
Printed name

Title    **Interim Manager**

**18. Signature of attorney**

**X /s/ David H. Stein, Esq.**
Signature of attorney for debtor

Date    **April 28, 2023**
MM / DD / YYYY

**David H. Stein, Esq.**
Printed name

**Wilentz, Goldman & Spitzer, P.A.**
Firm name

**90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095**
Number, Street, City, State & ZIP Code

Contact phone    **732-636-8000**    Email address    **dstein@wilentz.com**

**038461986 (NJ) NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Blue Pig Media, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 28, 2023**         X */s/ Karen Curtis*
                                              Signature of individual signing on behalf of debtor

                                              **Karen Curtis**
                                              Printed name

                                              **Interim Manager**
                                              Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **Blue Pig Media, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................   $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................   $     **82,500.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................   $     **82,500.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $     **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $     **20,000.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$     **1,068,379.75**

4.   Total liabilities .....................................................................................................
    Lines 2 + 3a + 3b     $     **1,088,379.75**

**Fill in this information to identify the case:**

Debtor name   **Blue Pig Media, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Bank of America** | **Operating Account** | **3143** | **Unknown** |
| 3.2. **Digital Square account** | | | **Unknown** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                       **$0.00**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**      **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1. **Pre-paid deposits for digital services** | **$8,000.00** |
|---|---|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Debtor | **Blue Pig Media, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   | | **$8,000.00** |
   |---|---|

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

   11a. 90 days old or less: _____74,500.00_____ - _____0.00_____ = .... _____$74,500.00_____

   face amount                    doubtful or uncollectible accounts

12. **Total of Part 3.**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

   | | **$74,500.00** |
   |---|---|

### Part 4: Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Misc. computers, monitors and printer** | **Unknown** | | **Unknown** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

| Debtor | **Blue Pig Media, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.

   $0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Month to month lease agreement for 350 Springfiled Avenue, Summit, NJ 07901; premises surrendered** | rental | $0.00 | | $0.00 |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Debtor    **Blue Pig Media, LLC**                                    Case number *(If known)* _____
_____
Name

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **173 Domains in Go Daddy account** | **$0.00** | | **Unknown** |
| **"Blue Pig" tradename** | **Unknown** | | **$0.00** |
| 61. **Internet domain names and websites** **www.blue-pig-media.com** | **Unknown** | | **$0.00** |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                        | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

Part 11:    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Blue Pig Media, LLC**_____      Case number *(If known)* _____
    Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $74,500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $82,500.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $82,500.00 |

## **ACCOUNTS RECEIVABLE**

| Company | Address | Invoice Date | Anticipated Receipt | Invoice Amount |
|---------|---------|--------------|---------------------|----------------|
| Brookdale Discovery Behavioral Health | 2455 Back Mountain Road<br><br>Scotrun, PA 18355 | Apr. 3, 2023 | May 1, 2023 | $ 12,500.00 |
| Cirque Lodge | 777 North Palisade Drive<br><br>Orem, UT  84087 | 4/27/23 | | $10,000.00 |
| Ebb Tide Treatment Centers | 400 Executive Center Drive Suite 209<br><br>West Palm Beach, FL 33401 | Feb. 1, 2022<br><br>Apr. 1, 2022<br><br>Dec. 1, 2022<br><br>Jan. 1, 2023<br><br>Feb. 1, 2023<br><br>Mar. 1, 2023<br><br>Apr. 3, 2023 | | $ 5,000.00<br><br>$ 5,000.00<br><br>$ 5,000.00<br><br>$ 5,000.00<br><br>$ 5,000.00<br><br>$ 5,000.00<br><br>$ 5,000.00 |
| ENTOUCH Controls | 1755 N Collins Blvd Suite 305<br><br>Richardson, TX 75080 | Apr. 3, 2023 | May 1, 2023 | $ 8,500.00 |
| Oceanfront Recovery LLC | 312 Broadway St Suite 202<br><br>Laguna Beach, CA 92651 | Mar. 1, 2023 | Check returned<br><br>Apr. 17, 2023 | $ 4,000.00 |
| Simple Cremation NJ Bradley Funeral Home | 345 Main Street<br><br>Chatham, NJ  07928 | 4/27/23 – estimated from historical numbers | | $4,500.00 |

TOTAL:                    $74,500.00

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name      **Blue Pig Media, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* | *Column B* |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| 2.1 | **CSC** | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|
| | Creditor's Name | **All assets; UCC filing** | **$0.00** | **Unknown** |

**801 Adlai Stevenson Drive**
**Springfield, IL 62703**
Creditor's mailing address

Describe the lien
**UCC filing**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Contingent
☑ Unliquidated
☑ Disputed

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$0.00**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

Debtor name      **Blue Pig Media, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

  ☐ No. Go to Part 2.

  ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Estate of David Curtis**<br>**56 Deerfield Trail**<br>**Branchburg, NJ** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,000.00 | $10,000.00 |
| Date or dates debt was incurred<br>**3/23** | Basis for the claim:<br>**Services performed** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**c/o US Attorney**<br>**District of New Jersey**<br>**970 Broad Street, Room 700**<br>**Newark, NJ 07102** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Blue Pig Media, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**1111 Constitution Avenue, NW**<br>**Washington, DC 20224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Karen Curtis**<br>**56 Deerfield Trail**<br>**Branchburg, NJ 08876** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,000.00** | **$10,000.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/23** | Basis for the claim:<br>**Services performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**State of New Jersey**<br>**Division of Taxation**<br>**50 Barrack Street**<br>**P.O. Box 269**<br>**Trenton, NJ 08695** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**State of New Jersey**<br>**Department of Labor**<br>**Division of Employer Accounts**<br>**P.O. Box 059**<br>**Trenton, NJ 08625** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor  **Blue Pig Media, LLC**                                    Case number (if known) _____
_____
Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,855.06 |
|---|---|---|---|

**Bank of America**
**50 Route 173**
**Clinton, NJ 08809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Corporate credit cards__
__Account Numbers: xxxx xxxx xxxx 5248;__
__xxxx xxxx xxxx 4985; xxxx xxxx xxxx 0304; xxxx xxxx xxxx 8073__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187,507.00 |
|---|---|---|---|

**BiViSee Spolka**
**Adama Mickiewicza 37/58**
**01-625 Warsxawa**
**Warsaw, Poland**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __November, 2022 -__
__January, 2023__

Last 4 digits of account number _

Basis for the claim:  __Services performed__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Christopher Lawrence**
**245 Belgo Road**
**Lakeville, CT 06030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services performed.__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,191.40 |
|---|---|---|---|

**Estate of David Curtis**
**56 Deerfield Trail**
**Branchburg, NJ 08876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Monies loaned__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,992.80 |
|---|---|---|---|

**Fora Financial**
**519 8th Aveneu, 11th Floor**
**New York, NY 10018**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __7/21/22__

Last 4 digits of account number _

Basis for the claim:  __Merchant financing__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,833.25 |
|---|---|---|---|

**Funding Metrics/Lendini**
**3220 Tillman Drive, Suite 200**
**Bensalem, PA 19020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/28/22__

Last 4 digits of account number _

Basis for the claim:  __Merchant financing__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,535.00 |
|---|---|---|---|

**GFE**
**27-01 Queens Plaza, North**
**Suite 802**
**Long Island City, NY 11101**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/15/23__

Last 4 digits of account number _

Basis for the claim:  __Merchant financing__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Blue Pig Media, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**Jay Staples**
**5200 Keller Springs Road #1032**
**Dallas, TX 75248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Services performed.**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

**Joel Rusher**
**1263 Snowbel Place**
**Wellington, FL 33414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/23**

Basis for the claim:  **Services performed**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**John Moriarity**
**45 North Fulerton Aveneu**
**Apt. 101**
**Montclair, NJ 07042**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/23**

Basis for the claim:  **Serices performed**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,140.00** |
|---|---|---|---|

**Jose Valentin**
**1036A Apache Street**
**North Brunswick, NJ 08902**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Services performed**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$398,829.83** |
|---|---|---|---|

**Karen Curtis**
**56 Deerfield Trail**
**Branchburg, NJ 08876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Monies loaned**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,104.00** |
|---|---|---|---|

**Mint Creative Marketing Ltd.**
**22 Hanley Road**
**Malvern, WR14 4PH UK**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/23 - 3/23**

Basis for the claim:  **Services performed**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,125.00** |
|---|---|---|---|

**Mulligan Funding/FinWise Bank**
**4715 Viewridge Anebue, Suite 100**
**San Diego, CA 92123**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/20/22**

Basis for the claim:  **Merchant financing**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Blue Pig Media, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $142,882.41 |
|---|---|---|---|
| | **PayPal Loan Builder** | ■ Contingent | |
| | **3505 Silverside Road** | ☐ Unliquidated | |
| | **Wilmington, DE 19810** | ☐ Disputed | |
| | Date(s) debt was incurred  _2/15/23_ | Basis for the claim:  **Merchant financing** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,822.00 |
|---|---|---|---|
| | **Wagdy Fahmi** | ■ Contingent | |
| | **09 Sinclair Drive** | ☐ Unliquidated | |
| | **Sutton, London SM25NE** | ☐ Disputed | |
| | **UK** | | |
| | Date(s) debt was incurred  _1/31/23_ | Basis for the claim:  **Services performed** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,362.00 |
|---|---|---|---|
| | **Wiliam Cleveland & Co.** | ☐ Contingent | |
| | **2141 Plymouth Avenue SE** | ☐ Unliquidated | |
| | **Grand Rapids, MI 49506** | ☐ Disputed | |
| | Date(s) debt was incurred  _3/1/23_ | Basis for the claim:  **Services performed** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $    20,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $    1,068,379.75 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $    1,088,379.75 |

**Fill in this information to identify the case:**

Debtor name   **Blue Pig Media, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Blue Pig Media, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **David Curtis** | **c/o Estate of David Curtis 56 Deerfield Trail Branchburg, NJ 08876** | **Fora Financial** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 | **David Curtis** | **c/o Estate of David Curtis 56 Deerfield Trail Branchburg, NJ 08876** | **Funding Metrics/Lendini** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.3 | **David Curtis** | **c/o Estate of David Curtis 56 Deerfield Trail Branchburg, NJ 08876** | **GFE** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.4 | **David Curtis** | **c/o Estate of David Curtis 56 Deerfield Trail Branchburg, NJ 08876** | **Mulligan Funding/FinWise Bank** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

| Debtor | **Blue Pig Media, LLC** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | **David Curtis** | **c/o Estate of David Curtis** **56 Deerfield Trail** **Branchburg, NJ 08876** | **PayPal Loan Builder** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **Blue Pig Media, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2023** to **Filing Date** | ■ Operating a business ☐ Other _____ | $349,728.00 |
| **For prior year:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | $1,429,189.00 |
| **For year before that:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business ☐ Other _____ | $1,011,328.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **Blue Pig Media, LLC**                                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. | See attached schedule | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**  **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **Blue Pig Media, LLC**                                          Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Hudson Farm Foundation**<br>**Attn: Steve Polanish**<br>**270 Stanhope Sparta Rd.**<br>**Andover, NJ 07821** | | | **$10,000.00** |
| | **Recipients relationship to debtor** | | | |
| 9.2. | **Cirque Lodge Foundation**<br>**777 N. Palisade Drive**<br>**Orem, UT 84097** | | | **$30.00** |
| | **Recipients relationship to debtor** | | | |
| 9.3. | **Oasis, a Haven for Womem &**<br>**Children**<br>**59 Mill Street**<br>**Paterson, NJ 07501** | | | **$1,000.00** |
| | **Recipients relationship to debtor** | | | |
| 9.4. | **Hackensack Meridian Health**<br>**Foundation**<br>**343 Thornall Street, 7th Floor**<br>**Edison, NJ 08837** | | | **$2,000.00** |
| | **Recipients relationship to debtor** | | | |
| 9.5. | **Strive International, Inc.**<br>**205 East 122nd Street, 3rd**<br>**Floor**<br>**New York, NY 10035** | | | **$500.00** |
| | **Recipients relationship to debtor** | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor   **Blue Pig Media, LLC** _____   Case number *(if known)* _____

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Wilentz, Goldman & Spitzer, P.A.** **90 Woodbridge Center Drive, Box 10** **Attention: David H. Stein, Esq.** **Woodbridge, NJ 07095** | **Retainer and filing fee for bankruptcy filing** | **3/20/23** | **$5,338.00** |
| | Email or website address **dstein@wilentz.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Wilentz, Goldman & Spitzer, P.A.** **90 Woodbridge Center Drive, Box 10** **Woodbridge, NJ 07095** | **Payment related to debt counseling, debt retructuring and debt relief** | **4/17/23** | **$13,738.00** |
| | Email or website address **dstein@wilentz.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

Debtor    **Blue Pig Media, LLC** _____    Case number *(if known)* _____

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<hr>

**Part 9:** **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

_____

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

<hr>

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Blue Pig Media, LLC**                                             Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

---

| Debtor | **Blue Pig Media, LLC** | Case number *(if known)* | |
|---|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Wayne Johnson, CPA** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Karen Curtis** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Estate of David Curtis** | **56 Deerfield Trail Branchburg, NJ 08876** | **Former Member** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Karen Curtis** | **56 Deerfield Trail Somerville, NJ 08876** | **Interim Manager** | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

Debtor   **Blue Pig Media, LLC**

Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Estate of David Curtis** | **56 Deerfield Trail Somerville, NJ 08876** | **Member** | **Formation to March 16, 2023** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 28, 2023**

**/s/ Karen Curtis**                                    **Karen Curtis**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Interim Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

## Statement of Financial Affairs: Schedule to #3: payments in last 90 days

| Date | Entity | Ledger entry | Category | Amount |
|---|---|---|---|---|
| 12/20/2022 | BIVISEE/RTC GROUP | WIRE TYPE:INTL OUT DATE:221220 TIME:1132 ET TRN:XXXXXXXXXX347810 SERVICE REF:596368 BNF:BIVISEE ID:PLXXXXXXXXXX2078 BNF BK:NEST BANK S        .A. (FORMERL ID:NESBPLPW PMT DET:XXXXX7384 INV FV2 022 10002 POP SERVICES | Contractors | $30,000.00 |
| 1/24/2023 | BIVISEE/RTC GROUP | WIRE TYPE:INTL OUT DATE:230124 TIME:1039 ET TRN:XXXXXXXXXX240481 SERVICE REF:599424 BNF:BIVISEE ID:PLXXXXXXXXXX2078 BNF BK:NEST BANK S        .A. (FORMERL ID:NESBPLPW PMT DET:XXXXX2830 INVOICE FV2022 10 002 POP SERVICES | Contractors | $17,521.00 |
| 12/1/2022 | Joel J. Rusher | TRANSFER BLUE PIG MEDIA LLC:Joel Rusher Confirmation# XXXXX57295 | Contractors | $ 4,583.34 |
| 12/15/2022 | Joel J. Rusher | TRANSFER BLUE PIG MEDIA LLC:Joel Rusher Confirmation# XXXXX29841 | Contractors | $ 4,583.33 |
| 12/21/2022 | Joel J. Rusher | TRANSFER BLUE PIG MEDIA LLC:Joel Rusher Confirmation# XXXXX31471 | Contractors | $10,000.00 |
| 1/12/2023 | Joel J. Rusher | TRANSFER BLUE PIG MEDIA LLC:Joel Rusher Confirmation# XXXXX23743 | Contractors | $ 4,583.34 |
| 1/25/2023 | Joel J. Rusher | TRANSFER BLUE PIG MEDIA LLC:Joel Rusher Confirmation# XXXXX80145 | Contractors | $ 4,583.33 |
| 2/7/2023 | Joel J. Rusher | TRANSFER BLUE PIG MEDIA LLC:Joel Rusher Confirmation# XXXXX16074 | Contractors | $ 4,583.34 |
| 2/24/2023 | Joel J. Rusher | TRANSFER BLUE PIG MEDIA LLC:Joel Rusher Confirmation# XXXXX32121 | Contractors | $ 4,583.33 |
| 12/5/2022 | Jose Valentin | TRANSFER BLUE PIG MEDIA LLC:Jose Valentin Confirmation# XXXXX49871 | Contractors | $ 2,400.00 |
| 12/20/2022 | Jose Valentin | TRANSFER BLUE PIG MEDIA LLC:Jose Valentin Confirmation# XXXXX45874 | Contractors | $ 2,070.00 |
| 1/5/2023 | Jose Valentin | TRANSFER BLUE PIG MEDIA LLC:Jose Valentin Confirmation# XXXXX73368 | Contractors | $ 2,250.00 |
| 1/20/2023 | Jose Valentin | TRANSFER BLUE PIG MEDIA LLC:Jose Valentin Confirmation# XXXXX69750 | Contractors | $ 2,220.00 |
| 2/6/2023 | Jose Valentin | TRANSFER BLUE PIG MEDIA LLC:Jose Valentin Confirmation# XXXXX34690 | Contractors | $ 3,000.00 |
| 2/17/2023 | Jose Valentin | TRANSFER BLUE PIG MEDIA LLC:Jose Valentin Confirmation# XXXXX18380 | Contractors | $ 2,400.00 |
| 3/6/2023 | Jose Valentin | TRANSFER BLUE PIG MEDIA LLC:Jose Valentin Confirmation# XXXXX23689 | Contractors | $ 1,380.00 |
| 12/20/2022 | mint content | WIRE TYPE:FX OUT DATE:221221 TIME:1205 ET TRN:XXXXXXXXXX345853 FX:GBP 12901.38 1.2429 BNF:MINT CONTENT ID:GB81BUKB20986813 BNF BK:BARCLA        YS UK AND EUROP.. ID:SC209868 PMT DET:XXXXX6468 IN       V 0611 POP SERVICES | Contractors | $16,035.12 |
| 1/23/2023 | mint content | WIRE TYPE:FX OUT DATE:230124 TIME:1154 ET TRN:XXXXXXXXXX299685 FX:GBP 13414.85 1.2643 BNF:MINT CONTENT ID:GB81BUKB20986813 BNF BK:BARCLA        YS UK AND EUROP.. ID:SC209868 PMT DET:XXXXX0190 IN       V0637 POP SERVICES | Contractors | $16,960.40 |

| Date | Payee | Description | Category | Amount |
|---|---|---|---|---|
| 2/16/2023 | mint content | WIRE TYPE:FX OUT DATE:230217 TIME:1718 ET TRN:XXXXXXXXXX469464 FX:GBP 8897.41 1.227 BNF:MINT CONTENT ID:GB81BUKB20986813 BNF BK:BARCLA        YS UK AND EUROP.. ID:SC209868 PMT DET:XXXXX7166 IN        V0661 POP SERVICES | Contractors | $10,917.12 |
| 12/5/2022 | WAGDY FAHMI | WIRE TYPE:FX OUT DATE:221206 TIME:1014 ET TRN:XXXXXXXXXX366405 FX:GBP 6403.75 1.2631 BNF:WAGDY FAHMI ID:GB26LOYD30943839 BNF BK:LLOYDS        TSB BANK PLC ID:SC309438 PMT DET:XXXXX9372 INVOICE        16 POP SERVICES /FXREF/TE-2-11-XXXXX4984 | Contractors | $ 8,088.58 |
| 2/16/2023 | WAGDY FAHMI | WIRE TYPE:FX OUT DATE:230221 TIME:1702 ET TRN:XXXXXXXXXX468532 FX:GBP 2831.25 1.2297 BNF:WAGDY FAHMI ID:GB26LOYD30943839 BNF BK:LLOYDS        TSB BANK PLC ID:SC309438 PMT DET:XXXXX6848 INVOICE        17 POP SERVICES /FXREF/TE-2-16-XXXXX0130 | Contractors | $ 3,481.59 |
| 12/2/2022 | WILLIAM S. CLEVELAND | TRANSFER BLUE PIG MEDIA LLC:William Cleveland &        Confirmation# XXXXX25911 | Contractors | $ 4,004.95 |
| 12/19/2022 | WILLIAM S. CLEVELAND | TRANSFER BLUE PIG MEDIA LLC:William Cleveland &        Confirmation# XXXXX17514 | Contractors | $ 3,935.83 |
| 12/27/2022 | WILLIAM S. CLEVELAND | TRANSFER BLUE PIG MEDIA LLC:William Cleveland &        Confirmation# XXXXX55572 | Contractors | $ 4,711.79 |
| 1/30/2023 | WILLIAM S. CLEVELAND | TRANSFER BLUE PIG MEDIA LLC:William Cleveland &        Confirmation# XXXXX19333 | Contractors | $ 4,676.67 |
| 3/2/2023 | WILLIAM S. CLEVELAND | TRANSFER BLUE PIG MEDIA LLC:William Cleveland &        Confirmation# XXXXX63119 | Contractors | $ 6,385.83 |
| 12/28/2022 | | HUDSON FARM CLUB DES:SALE        ID: INDN:LLC BLUE PIG MEDIA        CO ID:XXXXX86202 CCD | Meals & Entertainment | $    592.92 |
| 2/21/2023 | | HUDSON FARM CLUB DES:SALE        ID: INDN:BLUE PIG MEDIA LLC        CO ID:XXXXX86202 CCD | Meals & Entertainment | $ 1,780.64 |
| 2/21/2023 | | HUDSON FARM CLUB DES:SALE        ID: INDN:BLUE PIG MEDIA LLC        CO ID:XXXXX86202 CCD | Meals & Entertainment | $ 7,939.59 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re   **Blue Pig Media, LLC** _____   Case No. _____

Debtor(s)   Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $ _____ **5,000.00**

    Prior to the filing of this statement I have received _____   $ _____ **0.00**

    Balance Due _____   $ _____ **5,000.00**

2. $ __**338.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the Debtor(s) in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__**April 28, 2023**__   **/s/ David H. Stein, Esq.**
*Date*   **David H. Stein, Esq.**
*Signature of Attorney*
**Wilentz, Goldman & Spitzer, P.A.**
**90 Woodbridge Center Drive**
**Suite 900, Box 10**
**Woodbridge, NJ 07095**
**732-636-8000  Fax: 732-855-6117**
**dstein@wilentz.com**
*Name of law firm*

**United States Bankruptcy Court**
**District of New Jersey**

In re    **Blue Pig Media, LLC**

Case No.

Debtor(s)    Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Interim Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 28, 2023**

**/s/ Karen Curtis**

**Karen Curtis**/**Interim Manager**
Signer/Title

.

Bank of America
50 Route 173
Clinton, NJ 08809


BiViSee Spolka
Adama Mickiewicza 37/58
01-625 Warsxawa
Warsaw, Poland


Christopher Lawrence
245 Belgo Road
Lakeville, CT 06030


CSC
801 Adlai Stevenson Drive
Springfield, IL 62703


David Curtis
c/o Estate of David Curtis
56 Deerfield Trail
Branchburg, NJ 08876


Estate of David Curtis
56 Deerfield Trail
Branchburg, NJ 08876


Estate of David Curtis
56 Deerfield Trail
Branchburg, NJ


Fora Financial
519 8th Aveneu, 11th Floor
New York, NY 10018


Funding Metrics/Lendini
3220 Tillman Drive, Suite 200
Bensalem, PA 19020


GFE
27-01 Queens Plaza, North
Suite 802
Long Island City, NY 11101

```
Internal Revenue Service
c/o US Attorney
District of New Jersey
970 Broad Street, Room 700
Newark, NJ 07102


Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224


Jay Staples
5200 Keller Springs Road #1032
Dallas, TX 75248


Joel Rusher
1263 Snowbel Place
Wellington, FL 33414


John Moriarity
45 North Fulerton Aveneu
Apt. 101
Montclair, NJ 07042


Jose Valentin
1036A Apache Street
North Brunswick, NJ 08902


Karen Curtis
56 Deerfield Trail
Branchburg, NJ 08876


Mint Creative Marketing Ltd.
22 Hanley Road
Malvern, WR14 4PH UK


Mulligan Funding/FinWise Bank
4715 Viewridge Anebue, Suite 100
San Diego, CA 92123


PayPal Loan Builder
3505 Silverside Road
Wilmington, DE 19810
```

State of New Jersey
Division of Taxation
50 Barrack Street
P.O. Box 269
Trenton, NJ 08695


State of New Jersey
Department of Labor
Division of Employer Accounts
P.O. Box 059
Trenton, NJ 08625


Wagdy Fahmi
09 Sinclair Drive
Sutton, London SM25NE
UK


Wiliam Cleveland & Co.
2141 Plymouth Avenue SE
Grand Rapids, MI 49506

# United States Bankruptcy Court
### District of New Jersey

In re    **Blue Pig Media, LLC**                                                     Case No.

Debtor(s)                                                  Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Blue Pig Media, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 28, 2023**                                                  **/s/ David H. Stein, Esq.**

Date                                                              **David H. Stein, Esq.**

Signature of Attorney or Litigant

Counsel for    **Blue Pig Media, LLC**

**Wilentz, Goldman & Spitzer, P.A.**

**90 Woodbridge Center Drive**
**Suite 900, Box 10**
**Woodbridge, NJ 07095**
**732-636-8000 Fax:732-855-6117**
**dstein@wilentz.com**